<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6925**

———————

EDWARD W. JEFFERSON,

Plaintiff - Appellant,

versus

TYRONE CROWDER, Lieutenant, 3/11 Shift; ROBERT
SANDERS, Sergeant, 3/11 Shift; J. DAVIS; T.
CARTER, Sergeant, 3/11 Shift; CORRECTIONAL
OFFICER COTTIE, 3/11 Shift; DERRICK BROWN,
Correctional Officer, 3/11 Shift; LENA KENT,
Lieutenant, 3/11 Shift; LIEUTENANT WHITAKER,
11/7 Shift,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-2602-JFM)

———————

Submitted:  November 30, 2000        Decided:  March 6, 2001

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward W. Jefferson, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jefferson v. Crowder</u>, No. CA-99-2602-JFM (D. Md. June 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>